IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Henry L. Bradley, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 9:09-1632-TLW-BM |
| | ) | |
| L.C. Knight/Sheriff; | ) | |
| Capt. Van Doran/Detention Command; | ) | |
| Harrison Belle/Solicitor; | ) | |
| Cathy McCatton/ Head Medical; | ) | |
| Mark A. Leiendecker/Public Defender, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# ORDER

The plaintiff, Henry L. Bradley ("plaintiff"), filed this action, pro se, pursuant to 42 U.S.C. § 1983. (Doc. #1). The case was referred to United States Magistrate Judge Bristow Marchant pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(d), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #16). On October 7, 2009, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that defendants Harrison Belle and Mark A. Leiendecker be dismissed from this case without prejudice and without issuance and service of process. The plaintiff filed no objections to the report. Objections were due on October 26, 2009.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

636.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation.  It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #16).  For the reasons articulated by the Magistrate Judge, defendants Harrison Belle and Mark A. Leiendecker are hereby **DISMISSED** from this action without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

February 3, 2010
Florence, South Carolina